IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 12-00191-01-CR-W-HFS |
| JAMES F. COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 13, 2012, Defendant was ordered to undergo a psychological evaluation pursuant to 18 U.S.C. § 4241(b) (Doc. No. 17). Defendant was examined by Ryan Nybo, Psy.D., who prepared a report dated October 22, 2012. On November 13, 2012, I held a competency hearing. Defendant was present, represented by appointed counsel Laine Cardarella. The government was represented by Bruce Clark. During the hearing, both parties stipulated to the contents and findings contained in Dr. Nybo's report (Tr. at 3). No additional evidence was presented (Tr. at 3). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

                                                                                                                */s/ Robert E. Larsen*
                                                                                                                 ROBERT E. LARSEN
                                                                                                                 United States Magistrate Judge

Kansas City, Missouri
November 14, 2012